IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| COMPANIA SUD AMERICANA DE VAPORES S.A. | ) ) ) ) ) | |
| Plaintiff, | ) ) | Court File No. _____ |
| v. | ) ) | |
| SINOCHEM TIANJIN LIMITED F/K/A SINOCHEM TIANJIN IMPORT AND EXPORT CORPORATION; ZHONGHUA TJ CORPORATION; TIANJIN TIANLIAN INTERNATIONAL TRADE COMPANY LIMITED; SINOCHEM SHANGHAI COMPANY; SINOCHEM LIAONING COMPANY. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND GARNISHMENT

Plaintiff Compania Sud Americana de Vapores, S.A., by and through its undersigned counsel, moves the Court for an Order for issuance of writ of maritime attachment and garnishment. This motion is based upon the concurrently filed Verified Complaint Pursuant to Supplemental Rule B, wherein plaintiff states the facts and circumstances upon which the relief is sought, upon the concurrently filed affidavit of Brian N. Toder in support of the requested order, and upon all submissions by plaintiff.

Respectfully submitted,

1

          **CHESTNUT CAMBRONNE PA**

          *s/ Brian N. Toder*
          Brian N. Toder (#17869X)
          Karl L. Cambronne (#14321)
          17 Washington Ave. North, Suite 300
          Minneapolis, MN 55401
          T: (612) 339-7300
          F: (612) 336-2940
          btoder@chestnutcambronne.com
          kcambronne@chestnutcambronne.com

Dated: August 4, 2011