**Alan E. Brown, Esq.**  
Special Counsel to 3M Company

**3M Legal Affairs**  
Office of General Counsel

P.O. Box 33428  
St. Paul, MN  55133-3428 USA  
Phone:  (651) 736-6739  
Fax:  (651) 736-9469  
Email:  arbrown@mmm.com

**3M**

September 6, 2011

RECEIVED  
SEP - 7 2011  
U.S. CLERK  
MINNEAPOLIS, MINNESOTA  
U.S. DISTRICT COURT

VIA UPS

Rich Sletten, Clerk  
United States District Court, District of Minnesota  
202 U.S. Courthouse  
300 South 4th Street  
Minneapolis, MN 55415

Re:   Compania Sud Americana De Vapores S.A. vs. Sinochem Tianjin Ltd., et al.  
      District of Minnesota, Case No. 11-cv-2210 (SRN/JJG)  
      Report pursuant to Writ of Attachment and Garnishment

Dear Mr. Sletten:

In accordance with the Writ of Attachment and Garnishment in the above-referenced matter dated August 12, 2011, 3M, by its undersigned counsel, makes the following report:

3M is indebted to Sinochem Shanghai Company Ltd. in the total amount of $0.00.

To the best of 3M's knowledge, 3M holds no property as a fiduciary in which any of the defendants has an interest.

To the best of 3M's knowledge, none of the aforementioned property is exempt or immune from attachment.

Sincerely,

Alan E. Brown

Subscribed and sworn to before me this 6th day of September 2011.

Notary

PATRICIA LYNN MEAGHER  
Notary Public  
Minnesota  
My Commission Expires January 31, 2015

SCANNED  
SEP - 7 2011  
U.S. DISTRICT COURT MPLS

3M 1010712v1